IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MICHAEL T. VAUGHN,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 11-cv-114-JPG-SCW |
| | ) |
| | ) |
| **U. S. UNITED BARGE LINE, LLC,** | ) |
| | ) |
| Defendant. | ) |

### JUDGMENT IN A CIVIL CASE

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

**DATED:**  August 13, 2012

          **NANCY ROSENSTENGEL, Clerk of Court**

          **BY: s/ Jina Hoyt, Deputy Clerk**

**APPROVED:**  _s/J. Phil Gilbert_
          **J. PHIL GILBERT**
          **U. S. DISTRICT JUDGE**